# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

| | | |
|---|---|---|
| FLEETWAY CAPITAL CORP, | : | No. 268 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SH&T EXPRESS, LLC, SHUKRI | : | |
| TEMIROV, GUARANTOR, KHALIDA | : | |
| TEMIROV,  GUARANTOR, SHUHRAT | : | |
| TEMIROV, GUARANTOR, TRANSPORT | : | |
| CARRIER HOUSE, LLC, GUARANTOR, | : | |
| SEVILA TRUCKING, INC., GUARANTOR | : | |
| AND TEMUR TRUCKING, INC., | : | |
| GUARANTOR, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is

**DENIED**.